IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL R SCHUBERT,

    Petitioner,

v.                                  CASE NO. 4:05-cv-00400-MP-AK

JAMES CROSBY,

    Respondent.

_____/

# **O R D E R**

This matter is before the Court on Doc. 18, the Report and Recommendation of the Magistrate Judge, recommending that this § 2254 petition be dismissed as untimely. The time for filing objections has passed and none have been filed. The Court agrees with the Magistrate Judge that the petition should have been filed by April 24, 1997. Also, while a properly filed motion for post-conviction relief in state court would have tolled the running of that time period, during the relevant one-year period, Petitioner had nothing pending in state court whatsoever. Nothing he did in state court after the expiration of the statute of limitations serves to revive the time for filing here. Accordingly it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *9th*  day of October, 2007

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge